IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: |
| MICHAEL SWEAT | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about June 14, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL SWEAT,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 23, .40 caliber semiautomatic pistol bearing serial number BUGE749, loaded with 13 live rounds of .40 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

## MICHAEL SWEAT

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of the offenses, including, but not limited to:

(1) a Glock 23, .40 caliber semiautomatic pistol bearing serial number BUGE749;

(2) 13 live rounds of .40 caliber ammunition; and

(3) a machinegun conversion device intended for use in converting a Glock semi-automatic firearm to fire automatically.

All pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL SWEAT

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



Filed in open
Of _____
_____ day,